IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINEUM INTERNATIONAL LTD. and INFINEUM USA L.P., <br><br> Plaintiffs, <br><br> v. <br><br> AFTON CHEMICAL CORP., <br><br> Defendant. | Civil Action No. _____ <br><br> **TRIAL BY JURY DEMANDED** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Infineum USA L.P. ("Infineum USA") certifies that the following publicly held entities directly or indirectly own 10% or more of Infineum USA's stock: ExxonMobil Corp. and Shell Oil Co.

With respect to Plaintiff Infineum International Ltd. ("Infineum International"), the undersigned counsel certifies that the following entities directly or indirectly own 10% or more of Infineum International's stock: Infineum Holdings BV. The following entities directly or indirectly own 10% or more of Infineum Holdings BV's stock: Shell Additives Holdings I BV,

Shell Additives Holdings II BV, Shell Additives UK Ltd., Exxon Chemical Netherlands 1 BV, and ExxonMobil Central Europe GmbH.

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          _____
          Josy W. Ingersoll (No. 1088)
          John W. Shaw (No. 3362)
          The Brandywine Building
          1000 West Street, 17th Floor
          P.O. Box 391
          Wilmington, DE 19899-0391
          (302) 571-6672

          Of counsel:
          Richard Delucia
          Elizabeth A. Gardner
          KENYON & KENYON
          One Broadway
          New York, NY 10004
          (212) 425-7200

              *Attorneys for Plaintiffs Infineum International Ltd.*
              *and Infineum USA L.P.*

Dated: December 22, 2005