AO 440 (Delaware Rev. 7/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Delaware

**SUMMONS IN A CIVIL CASE**

INFINEUM INTERNATIONAL LTD. and
INFINEUM USA L.P.,

Plaintiffs,                    CASE NUMBER:        0 5   8 8 4

v.

AFTON CHEMICAL CORP.,

Defendant.

TO: (Name and address of defendant)

AFTON CHEMICAL CORP.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.- If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                    12/22/05
_____    _____
CLERK                              DATE

_____
(By) DEPUTY CLERK

DB02:5133087.1                                        900002.0003

AO 440 (Delaware Rev. 7/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 01/17/2006 |
|---|---|
| NAME OF SERVER (*PRINT*) Chad S.C. Stover | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: 1209 Orange St., Wilmington, DE left with: Stacy Osbourne at 2:47 P.M.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01/17/2006
Date

Signature of Server

1000 West St., 17th Floor, Wilmington, DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

DB02:5133087.1                                                        900002.0003