IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINEUM INTERNATIONAL LTD. and INFINEUM USA L.P., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | C. A. No. 05-884 (JJF) |
| AFTON CHEMICAL CORP., ) ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Ford Farabow, Jr., Ronald A. Bleeker and Mark J. Feldstein of Finnegan, Henderson, Farabow, Garrett and Dunner, LLP, 901 New York Avenue, NW, Washington, DC 20001, and Kenneth M. Frankel of Finnegan, Henderson, Farabow, Garrett and Dunner, LLP, Two Freedom Square, 11955 Freedom Drive, Suite 800 Reston, VA 20190 to represent defendant Afton Chemical Corp., in this matter.

                                                POTTER ANDERSON & CORROON LLP

                                                By:  */s/ Kenneth L. Dorsney*
                                                    Richard L. Horwitz (#2246)
                                                    Kenneth L. Dorsney (#3726)
                                                    Hercules Plaza 6th Floor
                                                    1313 N. Market Street
                                                    P.O. Box 951
                                                    Wilmington, DE  19899
                                                    Tel:  (302) 984-6000
                                                    rhorwitz@potteranderson.com
                                                    kdorsney@potteranderson.com

Dated:  February 17, 2006
719883

                                                *Attorneys for Defendant*
                                                *Afton Chemical Corp.*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of South Carolina and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court
☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 17, 2006          Signed: */s/ Ford F. Farabow, Jr.*
                                           Ford F. Farabow, Jr.
                                           FINNEGAN, HENDERSON, FARABOW,
                                              GARRETT & DUNNER, L.L.P.
                                           901 New York Avenue, N.W.
                                           Washington, DC 20001-4413
                                           Tel: (202) 408-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court
☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 17, 2006         Signed: */s/ Ronald A. Bleeker*
                                Ronald A. Bleeker
                                FINNEGAN, HENDERSON, FARABOW,
                                    GARRETT & DUNNER, L.L.P.
                                901 New York Avenue, N.W.
                                Washington, DC 20001-4413
                                Tel: (202) 408-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court
☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 17, 2006          Signed: */s/ Mark J. Feldstein*
                                         Mark J. Feldstein
                                         FINNEGAN, HENDERSON, FARABOW,
                                             GARRETT & DUNNER, L.L.P.
                                         901 New York Avenue, N.W.
                                         Washington, DC 20001-4413
                                         Tel: (202) 408-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court
☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 17, 2006         Signed: /s/ Kenneth M. Frankel
                                        Kenneth M. Frankel
                                        FINNEGAN, HENDERSON, FARABOW,
                                          GARRETT & DUNNER, L.L.P.
                                        Two Freedom Square
                                        11955 Freedom Drive
                                        Suite 800
                                        Reston, VA 20190-5675
                                        Tel: (571) 203-2700

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on February 17, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Josy W. Ingersoll
John W. Shaw
Young, Conaway, Stargatt & Taylor
Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899

I hereby certify that on February 17, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Richard L. Delucia
Elizabeth A. Gardner
Kenyon & Kenyon
One Broadway
New York, NY 10004
rdelucia@kenyon.com

By: /s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

718549