IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INFINEUM INTERNATIONAL LTD. and<br>INFINEUM USA L.P., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C. A. No. 05-884 (JJF) |
| AFTON CHEMICAL CORP., | )<br>) | **JURY TRIAL DEMANDED** |
| Defendant. | )<br>) | |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Ford Farabow, Jr., Ronald A. Bleeker and Mark J. Feldstein of Finnegan, Henderson, Farabow, Garrett and Dunner, LLP, 901 New York Avenue, NW, Washington, DC 20001, and Kenneth M. Frankel of Finnegan, Henderson, Farabow, Garrett and Dunner, LLP, Two Freedom Square, 11955 Freedom Drive, Suite 800 Reston, VA 20190 to represent defendant Afton Chemical Corp., in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Kenneth L. Dorsney
Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

Dated: February 17, 2006
719883

*Attorneys for Defendant
Afton Chemical Corp*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission <u>pro hac vice</u> is granted.

Date: 2/22/06

_____
United States District Judge