IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINEUM INTERNATIONAL LTD. and INFINEUM USA L.P., <br><br> Plaintiffs, <br><br> v. <br><br> AFTON CHEMICAL CORP., <br><br> Defendant. | C.A. No. 05-884 (JJF) |

**PLAINTIFFS' REPLY TO DEFENDANT
AFTON CHEMICAL CORP.'S COUNTERCLAIMS**

Plaintiffs Infineum International Ltd. ("Infineum International") and Infineum USA L.P. ("Infineum USA") demand a trial by jury on all issues so triable and, with knowledge as to their own acts, and on information and belief as to the acts of others, by their undersigned attorneys, hereby reply to the like-numbered paragraphs of the Counterclaims of defendant Afton Chemical Corp. ("Afton") as follows:

**PARTIES AND JURISDICTION**

1. On information and belief, Plaintiffs admit that Afton is a corporation organized and existing under the laws of the State of Delaware with a place of business at 500 Spring Street, Richmond, Virginia 23219.

2. Plaintiffs admit that Infineum USA is a limited partnership organized and existing under the laws of the State of Delaware and headquartered at 1900 East Linden Avenue, Linden, New Jersey 07030.

-2-

3. Plaintiffs admit that Infineum International is a foreign corporation with a registered office at the Milton Hill Business & Technology Centre, PO Box 1, Abbingdon, Oxfordshire OX13 6BB, United Kingdom.

4. Plaintiffs admit that this Court has subject matter jurisdiction over defendant's Counterclaims I and II pursuant to 28 U.S.C. §§ 1331, 1338, 1367, and 2201.

5. Plaintiffs admit that Infineum USA is subject to personal jurisdiction in this judicial district with respect to defendant's Counterclaims I and II.

6. Plaintiffs admit that Infineum International is subject to personal jurisdiction in this judicial district with respect to defendant's Counterclaims I and II.

7. Plaintiffs admit that defendant's Counterclaims I and II purport to arise under 28 U.S.C §§ 2201 and 2202 and Title 35 of the United States Code. To the extent this paragraph contains additional allegations, Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, deny them.

**COUNTERCLAIM I – DECLARATORY JUDGMENT OF
NO INFRINGEMENT OF THE '685 PATENT**

8. Plaintiffs hereby incorporate each and every admission, denial, and response provided in answer to paragraphs 1 through 7 above, as if the same were fully written herein.

9. Denied.

10. Denied.

**COUNTERCLAIM II – DECLARATORY JUDGMENT OF
INVALIDITY OF THE '685 PATENT**

11. Plaintiffs hereby incorporate each and every admission, denial, and response provided in answer to paragraphs 1 through 7 above, as if the same were fully written herein.

12. Denied.

-3-

## RIGHT TO ASSERT ADDITIONAL COUNTERCLAIMS

13.     Plaintiffs deny that Afton possesses any other cognizable claim.

## PRAYER FOR RELIEF

Plaintiffs deny that Afton is entitled to the relief requested in any of paragraphs (A) – (F) of its Answer and Counterclaims or to any other relief.

## DEMAND FOR JURY TRIAL

Plaintiffs Infineum International and Infineum USA hereby demand a trial by jury on all issues so triable.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*[signature]*

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6600
<u>Of counsel</u>:
Richard L. Delucia
Elizabeth A. Gardner
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

*Attorneys for Plaintiffs Infineum International Ltd. and Infineum USA L.P.*

Dated:  February 27, 2006

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on February 27, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE 19801

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participant in the manner indicated:

**BY FEDERAL EXPRESS**

>Ronald A. Bleeker, Esquire
>Finnegan, Henderson, Farabow,
>  Garrett & Dunner, LLP
>901 New York Avenue, N.W.
>Washington, DC 20001-4413

>Kenneth M. Frankel, Esquire
>Finnegan, Henderson, Farabow,
>  Garrett & Dunner, LLP
>Two Freedom Square
>11955 Freedom Drive, Suite 800
>Reston, VA 20190

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
jshaw@ycst.com
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600