IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINEUM INTERNATIONAL LTD. and<br>INFINEUM USA L.P.,<br><br>      Plaintiffs,<br><br>  v.<br><br>AFTON CHEMICAL CORP.,<br><br>      Defendant. | C.A. No. 05-884 (JJF) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

   Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Richard L. Delucia, K. Patrick Herman, and Elizabeth A. Gardner of Kenyon & Kenyon LLP to represent Infineum International Ltd. and Infineum USA L.P. in this matter.

   Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

                YOUNG CONAWAY STARGATT &
                TAYLOR, LLP

                /s/ John W. Shaw
                John W. Shaw (No. 3362)
                Monté T. Squire (No. 4764)
                The Brandywine Building, 17th Floor
                1000 West Street
                Wilmington, Delaware 19801
                (302) 571-6600
                jshaw@ycst.com

                *Attorneys for Plaintiffs Infineum International*
                *Ltd. and Infineum USA L.P.*

Dated: March 9, 2006

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for the admission <u>pro</u> <u>hac</u> <u>vice</u> of Richard L. Delucia, K. Patrick Herman, and Elizabeth A. Gardner is granted.

Date:  March ___, 2006

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Richard L. Delucia, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_____
Richard L. Delucia, Esq.
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1050
(212) 425-7200

Dated: March 2, 2006

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, K. Patrick Herman, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion..

                                        _/s/ K. Patrick Herman_
K. Patrick Herman, Esq.
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1050
(212) 425-7200

Dated: March 1, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Elizabeth A. Gardner, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion..

Elizabeth A. Gardner, Esq.
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1050
(212) 425-7200

Dated: March 2, 2006

## CERTIFICATE OF SERVICE

I, Monté T. Squire, hereby certify that on March 9, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Wilmington, DE 19801

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participant in the manner indicated:

**BY FEDERAL EXPRESS**

Ronald A. Bleeker, Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Kenneth M. Frankel, Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA 20190

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Monté T. Squire (No. 4764)
*msquire@ycst.com*
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600