IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINEUM INTERNATIONAL LTD. and INFINEUM USA L.P., <br><br> Plaintiffs, <br><br> v. <br><br> AFTON CHEMICAL CORP., <br><br> Defendant. | ) ) ) ) ) ) C. A. No. 05-884 (JJF) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Afton Chemical Corp., hereby certifies that true and correct copies of Defendant Afton Chemical Corporation's Initial Disclosures Under Fed.R.Civ.P.26 (a)(1) were caused to be served on March 23, 2006, on the attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

John W. Shaw
Monté T. Squire
Young, Conaway, Stargatt & Taylor
Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899


### VIA ELECTRONIC MAIL

Richard L. Delucia
Elizabeth A. Gardner
Kenyon & Kenyon
One Broadway
New York, NY  10004
rdelucia@kenyon.com
egardner@kenyon.com

OF COUNSEL:

Ford F. Farabow, Jr.
Ronald A. Bleeker
Mark J. Feldstein
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000

Kenneth M. Frankel
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Suite 800
Reston, VA 20190-5675
(571) 203-2700

Dated: March 23, 2006
724879/29965

POTTER ANDERSON & CORROON LLP

By:  /s/ Kenneth L. Dorsney
    Richard L. Horwitz (#2246)
    Kenneth L. Dorsney (#3726)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P. O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

*Attorneys for Defendant*
*Afton Chemical Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on March 23, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Monté T. Squire
Young, Conaway, Stargatt & Taylor
Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899

I hereby certify that on March 23, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Richard L. Delucia
Elizabeth A. Gardner
Kenyon & Kenyon
One Broadway
New York, NY 10004
rdelucia@kenyon.com
egardner@kenyon.com

                                             By:   /s/ Kenneth L. Dorsney
                                                    Richard L. Horwitz
                                                    Kenneth L. Dorsney
                                                    Hercules Plaza, 6th Floor
                                                    1313 N. Market Street
                                                    Wilmington, Delaware 19899-0951
                                                    (302) 984-6000
                                                    rhorwitz@potteranderson.com
                                                    kdorsney@potteranderson.com

718549