IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINEUM INTERNATIONAL LTD. and INFINEUM USA L.P., <br><br> Plaintiffs, <br><br> v. <br><br> AFTON CHEMICAL CORP., <br><br> Defendant. | C.A. No. 05-884 (JJF) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned has caused copies of (1) Plaintiffs' Initial Disclosures, and (2) this Notice of Service to be served on March 23, 2006 upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

Ford F. Farabow, Jr., Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
ford.farabow@finnegan.com

Kenneth M. Frankel, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA 20190
kenneth.frankel@finnegan.com

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 23, 2006 upon the below-listed counsel of record using CM/ECF, which will send notification that such filing is available for viewing and downloading.

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19801

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_/s/ John W. Shaw_
>
>John W. Shaw (No. 3362)
>Monté T. Squire (No. 4764)
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, Delaware  19801
>(302) 571-6600
>msquire@ycst.com
>
>*Attorneys for Plaintiffs Infineum International Ltd. and Infineum USA L.P.*

Of Counsel:

Richard L. Delucia, Esquire
Elizabeth A. Gardner, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Dated: March 23, 2006