IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINEUM INTERNATIONAL LTD. and INFINEUM USA L.P., <br><br> Plaintiffs, <br><br> v. <br><br> AFTON CHEMICAL CORP., <br><br> Defendant. | C.A. No. 05-884 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned has caused copies of (1) Plaintiffs' Objections and Responses to Afton's First Set of Requests for Admission (Nos. 1-24), (2) Plaintiffs' Responses to Defendant's First Set of Requests for the Production of Documents and Things (Nos. 1-61), and (3) Plaintiffs' Objections and Responses to Afton's First Set of Interrogatories (Nos. 1-13) to be served on March 29, 2006 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC MAIL**

    Richard L. Horwitz, Esquire
    Potter Anderson & Corroon LLP
    Hercules Plaza
    1313 North Market Street
    Wilmington, DE 19801

    Ford F. Farabow, Jr., Esquire
    Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
    901 New York Avenue, N.W.
    Washington, DC 20001-4413
    ford.farabow@finnegan.com

      Kenneth M. Frankel, Esquire
      Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
      Two Freedom Square
      11955 Freedom Drive, Suite 800
      Reston, VA 20190
      kenneth.frankel@finnegan.com

PLEASE TAKE FURTHER NOTICE that on April 3, 2006, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

      Richard L. Horwitz, Esquire
      Potter Anderson & Corroon LLP
      Hercules Plaza
      1313 North Market Street
      Wilmington, DE 19801

Additionally, I further certify that on April 3, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated

**BY FEDERAL EXPRESS**

      Ford F. Farabow, Jr., Esquire
      Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
      901 New York Avenue, N.W.
      Washington, DC 20001-4413
      ford.farabow@finnegan.com

      Kenneth M. Frankel, Esquire
      Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
      Two Freedom Square
      11955 Freedom Drive, Suite 800
      Reston, VA 20190
      kenneth.frankel@finnegan.com

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Monté T. Squire*
        _____
        John W. Shaw (No. 3362)
        Monté T. Squire (No. 4764)
        YOUNG CONAWAY STARGATT &
        TAYLOR, LLP
        The Brandywine Building, 17th Floor
        1000 West Street
        Wilmington, Delaware 19801
        (302) 571-6600
        msquire@ycst.com

        *Attorneys for Plaintiffs Infineum International Ltd. and Infineum USA L.P.*

Of Counsel:

Richard L. Delucia, Esquire
Elizabeth A. Gardner, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200


Dated: April 3, 2006