IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| INFINEUM INTERNATIONAL LTD. and INFINEUM USA L.P.,<br><br>             Plaintiffs,<br><br>     v.<br><br>AFTON CHEMICAL CORP.,<br><br>             Defendant. | C.A. No. 05-884 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned has caused copies of Plaintiffs'

Supplemental Objections and Responses to Afton's First Set of Interrogatories (Nos. 1-13) to be

served on April 5, 2006 upon the following counsel of record in the manner indicated:

### BY ELECTRONIC MAIL

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801

Ford F. Farabow, Jr., Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
ford.farabow@finnegan.com

Kenneth M. Frankel, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA 20190
kenneth.frankel@finnegan.com

064863.1001

PLEASE TAKE FURTHER NOTICE that on April 7, 2006, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19801

Additionally, I further certify that on April 7, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated

### BY FEDERAL EXPRESS

> Ford F. Farabow, Jr., Esquire
> Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
> 901 New York Avenue, N.W.
> Washington, DC 20001-4413
> ford.farabow@finnegan.com

> Kenneth M. Frankel, Esquire
> Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
> Two Freedom Square
> 11955 Freedom Drive, Suite 800
> Reston, VA 20190
> kenneth.frankel@finnegan.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware  19801
(302) 571-6600
msquire@ycst.com

*Attorneys for Plaintiffs Infineum International Ltd. and
Infineum USA L.P.*

Of Counsel:

Richard L. Delucia, Esquire
Elizabeth A. Gardner, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200


Dated:  April 7, 2006