IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINEUM INTERNATIONAL LTD. and INFINEUM USA L.P., <br><br> Plaintiffs, <br><br> v. <br><br> AFTON CHEMICAL CORP., <br><br> Defendant. | C.A. No. 05-884 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned caused copies of Plaintiffs' Second Supplemental Objections and Responses to Afton's First Set of Interrogatories (Nos. 1 – 13) to be served on April 18, 2006 upon the following counsel of record in the manner indicated:

**BY E-MAIL AND OVERNIGHT MAIL**

Richard L. Horwitz, Esquire
Kenneth L. Dorsney, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

Ford F. Farabow, Jr., Esquire
Ronald A. Bleeker, Esquire
Mark J. Feldstein, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
ford.farabow@finnegan.com
ronald.bleeker@finnegan.com
mark.feldstein@finnegan.com

**BY E-MAIL**

>Kenneth M. Frankel, Esquire
>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
>Two Freedom Square
>11955 Freedom Drive, Suite 800
>Reston, VA 20190
>kenneth.frankel@finnegan.com

PLEASE TAKE FURTHER NOTICE that on April 19, 2006, the undersigned electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

>Richard L. Horwitz, Esquire
>Kenneth L. Dorsney, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19801

Additionally, the undersigned further certifies that on April 19, 2006, copies of the foregoing document were caused to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

>Ford F. Farabow, Jr., Esquire
>Ronald A. Bleeker, Esquire
>Mark J. Feldstein, Esquire
>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
>901 New York Avenue, N.W.
>Washington, DC 20001-4413
>ford.farabow@finnegan.com
>ronald.bleeker@finnegan.com
>mark.feldstein@finnegan.com

Kenneth M. Frankel, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA 20190
kenneth.frankel@finnegan.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
YOUNG CONAWAY STARGATT &
   TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com
msquire@ycst.com

*Attorneys for Plaintiffs Infineum International Ltd. and Infineum USA L.P.*

Of Counsel:

Richard L. Delucia, Esquire
Elizabeth A. Gardner, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Dated: April 19, 2006

3