IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINEUM INTERNATIONAL LTD. and INFINEUM USA L.P., <br><br> Plaintiffs, <br><br> v. <br><br> AFTON CHEMICAL CORP., <br><br> Defendant. | ) ) ) ) ) ) C. A. No. 05-884 (JJF) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Afton Chemical Corp., hereby certifies that true and correct copies of **Defendant Afton Chemical Corp.'s Supplemental Response to Plaintiffs' First Set of Interrogatories (Nos. 1-12); and Defendant Afton Chemical Corporation's Supplemental Responses to Plaintiffs' First Set of Requests for Documents and Things (Nos. 1-87) to Defendant Afton Chemical Corporation** were caused to be served on April 21, 2006, on the attorneys of record at the following addresses as indicated:

**VIA ELECTRONIC MAIL & FEDERAL EXPRESS**

John W. Shaw
Monté T. Squire
Young, Conaway, Stargatt & Taylor
Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899
jshaw@ycst.com
msquire@ycst.com

Richard L. Delucia
Elizabeth A. Gardner
Patrick Herman
Kenyon & Kenyon
One Broadway
New York, NY 10004
rdelucia@kenyon.com
egardner@kenyon.com
pherman@kenyon.com

| | |
|---|---|
| OF COUNSEL:<br><br>Ford F. Farabow, Jr.<br>Ronald A. Bleeker<br>Mark J. Feldstein<br>FINNEGAN, HENDERSON, FARABOW,<br>    GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4413<br>(202) 408-4000<br><br>Kenneth M. Frankel<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P.<br>Two Freedom Square<br>11955 Freedom Drive<br>Suite 800<br>Reston, VA 20190-5675<br>(571) 203-2700<br><br>Dated: April 21, 2006<br>729027 / 29965 | POTTER ANDERSON & CORROON LLP<br><br>By:   /s/ David E. Moore<br>     Richard L. Horwitz (#2246)<br>     David E. Moore (#3983)<br>     Kenneth L. Dorsney (#3726)<br>     Hercules Plaza, 6th Floor<br>     1313 N. Market Street<br>     P. O. Box 951<br>     Wilmington, DE 19899<br>     (302) 984-6000<br>     rhorwitz@potteranderson.com<br>     dmoore@potteranderson.com<br>     kdorsney@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Afton Chemical Corp.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 21, 2006, the attached document was Electronically Mailed and Federal Expressed to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Monté T. Squire
Young, Conaway, Stargatt & Taylor
Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899

I hereby certify that on April 21, 2006, I have Electronically Mailed and Federal Expressed the documents to the following non-registered participants:

Richard L. Delucia
Elizabeth A. Gardner
Patrick Herman
Kenyon & Kenyon
One Broadway
New York, NY 10004
rdelucia@kenyon.com
egardner@kenyon.com
pherman@kenyon.com

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Kenneth L. Dorsney
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
kdorsney@potteranderson.com