IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINEUM INTERNATIONAL LTD. and INFINEUM USA L.P., <br><br> Plaintiffs, <br><br> v. <br><br> AFTON CHEMICAL CORP., <br><br> Defendant. | ) ) ) ) ) ) ) C. A. No. 05-884 (JJF) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Afton Chemical Corp., hereby certifies that true and correct copies of Defendant Afton Chemical Corporation's Second Supplemental Response to Plaintiffs' Interrogatory Nos. 1, 4, and 5 were caused to be served on May 24, 2006, on the attorneys of record at the following addresses as indicated:

### VIA ELECTRONIC MAIL & FEDERAL EXPRESS

John W. Shaw
Monté T. Squire
Young, Conaway, Stargatt & Taylor
Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899
jshaw@ycst.com
msquire@ycst.com

Richard L. Delucia
Elizabeth A. Gardner
Patrick Herman
Kenyon & Kenyon
One Broadway
New York, NY 10004
rdelucia@kenyon.com
egardner@kenyon.com
pherman@kenyon.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Ford F. Farabow, Jr.<br>Ronald A. Bleeker<br>Mark J. Feldstein<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4413<br>(202) 408-4000 | By:  */s/ Kenneth L. Dorsney*<br>        Richard L. Horwitz (#2246)<br>        Kenneth L. Dorsney (#3726)<br>        Hercules Plaza, 6th Floor<br>        1313 N. Market Street<br>        P. O. Box 951<br>        Wilmington, DE  19899<br>        (302) 984-6000<br>        rhorwitz@potteranderson.com<br>        kdorsney@potteranderson.com |
| Kenneth M. Frankel<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P.<br>Two Freedom Square<br>11955 Freedom Drive<br>Suite 800<br>Reston, VA 20190-5675<br>(571) 203-2700 | *Attorneys for Defendant*<br>*Afton Chemical Corp.* |

Dated: May 24, 2006
733772 / 29965

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on May 24, 2006, the attached document was Electronically Mailed and Federal Expressed to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Monté T. Squire
Young, Conaway, Stargatt & Taylor
Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899

I hereby certify that on May 24, 2006, I have Electronically Mailed and Federal Expressed the documents to the following non-registered participants:

Richard L. Delucia
Elizabeth A. Gardner
Patrick Herman
Kenyon & Kenyon
One Broadway
New York, NY 10004
rdelucia@kenyon.com
egardner@kenyon.com
pherman@kenyon.com

By: /s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

718549