IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINEUM INTERNATIONAL LTD. and INFINEUM USA L.P., <br><br>  Plaintiffs, <br><br> v. <br><br> AFTON CHEMICAL CORP., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No. 05-884 (JJF) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 37, Local Rule 37.1, and paragraph 5 of the March 1, 2006 Scheduling Order, Plaintiffs Infineum International Ltd. and Infineum USA L.P. (collectively, "Infineum") and Defendant Afton Chemical Corp. ("Afton") each respectfully request that the Court enter a protective order to protect confidential information in this litigation.

The parties agree upon all terms of the proposed order, with the exception of paragraph 4(c) regarding access to "Confidential" information by in-house patent counsel. The parties agree, *inter alia*, that the proposed order should provide for two confidentiality tiers: "Confidential" and "Confidential - Outside Counsels' Eyes Only." (¶ 1 of attached Exhibit 1.) The parties also agree that certain "trade secrets, know how, or proprietary technical data," as well as certain business, financial, or commercial information, may be designated as "Outside Counsels' Eyes Only" and would thereby not be accessible by the opposing side's in-house counsel designated under the protective order. (*Id.*) However, the parties disagree on whether a party's "Confidential" information may be disclosed under the protective order to the opposing side's in-house patent attorneys who concurrently prosecute patents in a technical field in which Afton and Infineum compete. (*Id.* ¶4(c).) Infineum proposes to allow such disclosure, while Afton opposes it.

Attached as Exhibit 1 is a copy of the proposed protective order with the alternative proposed versions of paragraph 4(c) shown in bold. Exhibit 2 is Infineum's statement in support of its position and proposed protective order, and Exhibit 3 is Afton's statement in support of its position and proposed protective order.

The parties request that the Court consider the two alternative proposals in entering a protective order. Counsel are available at the Court's convenience if the Court wishes to hear from the parties in person or by telephone on this matter.

Respectfully submitted,

| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Karen E. Keller | /s/ Richard L. Horwitz |
| John W. Shaw (ID #3362) | Richard L Horwitz (#2246) |
| Karen E. Keller (ID #4489) | Kenneth L. Dorsney (#3726) |
| The Brandywine Building | Hercules Plaza, 6th Floor |
| 1000 West St. | 1313 N. Market Street |
| Wilmington, Delaware 19801 | P.O. Box 951 |
| (302) 571-6672 | Wilmington, DE 19899 |
|  | (302) 984-6000 |
| *Attorneys for Plaintiffs* | |
| *Infineum International Ltd. and* | *Attorney for Defendant* |
| *Infineum USA L.P.* | *Afton Chemical Corp.* |

OF COUNSEL:

Richard L. DeLucia
Elizabeth A. Gardner
KENYON & KENYON LLP
One Broadway
New York, New York 10004-1050
(212) 425-7200

Dated: June 1, 2006
734694 / 29965

OF COUNSEL:

Ford F. Farabow, Jr.
Ronald A. Bleeker
Mark J. Feldstein
FINNEGAN, HENDERSON,
FARABOW, GARRET & DUNNER LLP
901 New York Avenue, N.W.
Washington, DC 200001-4413
(202) 408-4000

Kenneth M. Frankel
FINNEGAN, HENDERSON, FARABOW,
GARRET & DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Suite 800
Reston, VA 20190-5675
(571) 203-2700

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on June 1, 2006, the attached document was Electronically Mailed and Hand Delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Monté T. Squire
Young, Conaway, Stargatt & Taylor
Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899

I hereby certify that on June 1, 2006, I have Electronically Mailed and Federal Expressed the documents to the following non-registered participants:

Richard L. Delucia
Elizabeth A. Gardner
Patrick Herman
Kenyon & Kenyon
One Broadway
New York, NY 10004
rdelucia@kenyon.com
egardner@kenyon.com
pherman@kenyon.com

By:  */s/ Richard L. Horwitz*
Richard L. Horwitz
Kenneth L. Dorsney
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

718549