# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE   19801

P.O. BOX 391
WILMINGTON, DELAWARE   19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6554
DIRECT FAX:   (302) 576-3467
kkeller@ycst.com

LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL

KAREN LANTZ
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
KRISTEN R. SALVATORE (PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER (SC ONLY)
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

July 10, 2006

**BY CM/ECF & HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

>      Re:      Infineum v. Afton - Amended Scheduling Order

Dear Judge Farnan:

On Friday, June 30, 2006, the Court entered the Amended Scheduling Order (D.I. 30) that had been submitted to the Court on June 23, 2006 (D.I. 29). It has since come to our attention that there is an error in the Amended Scheduling Order. The dates for the Markman briefing set forth on page 4, paragraph 8 currently read that opening briefs shall be filed on or before January 19, 2006 and answering briefs shall be filed on or before February 7, 2006. The dates should read January 19, 2007 and February 7, 2007. A revised Scheduling Order with the corrected dates is attached.

Counsel is available at the Court's convenience for any questions.

Respectfully Submitted,

Karen E. Keller (#4489)

KEK/prt
Enclosure

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Joseph J. Farnan, Jr.
July 10, 2006
Page 2

cc:    Clerk of the Court
        Richard L. Horwitz, Esquire
        Kenneth L. Dorsney, Esquire
        Ford F. Farabow, Jr., Esquire
        Kenneth M. Frankel, Esquire
        Ronald A. Bleeker, Esquire
        Mark J. Feldstein, Esquire

064863.1001

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| INFINEUM INTERNATIONAL LTD. and INFINEUM USA L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>AFTON CHEMICAL CORP.,<br><br>Defendant. | C.A. No. 05-884 (JJF) |

## [PROPOSED] AMENDED SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1.    **Pre-Discovery Disclosures.**  The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2 on or before March 23, 2006.

2.    **Joinder of other Parties.**  All motions to join other parties shall be filed on or before June 5, 2006.

3.    **Settlement Procedure.**  Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement.

4.    **Discovery.**

(a)    Discovery will be needed on the following subjects:  infringement, validity, enforceability, willfulness, and damages.

(b)    All fact discovery shall be commenced in time to be completed by February 1, 2007.  Document production (excluding opinions of counsel re willfulness),

1

interrogatories, and requests for admission shall be commenced in time to be completed on or

before October 1, 2006.  Parties may pose additional interrogatories and requests for admission

in time to be completed on or before February 1, 2007 for good cause.  If a party intends to rely

on opinions of counsel to rebut a charge of willfulness, such opinions will be disclosed on or

before December 3, 2006.

> (c)     Maximum of 50 interrogatories, including contention interrogatories, for

each side.

> (d)     Maximum of 50 requests for admission by each side.

> (e)     In the absence of agreement among the parties or by order of the Court, no

deposition shall be scheduled prior to the completion of document production.

> (f)     Maximum of 15 depositions by plaintiffs and 15 by defendant, including

Rule 30(b)(6) depositions, but excluding expert depositions.

> (g)     With respect to depositions taken pursuant to a Rule 30(b)(6) request, each

seven (7) hours of 30(b)(6) deposition testimony will constitute one deposition for purposes of

paragraph (f).

> (h)     Expert discovery shall be commenced in time to be completed by May 9,

2007.  Initial expert reports on issues for which the parties have the burden of proof are due

March 1, 2007.  Rebuttal expert reports shall be due April 16, 2007.

> 5.     **Discovery Disputes.**

> (a)     A party seeking discovery which the opposing party refuses to provide

shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and

Local Rule 37.1.  Said motion shall not exceed a total of four (4) pages and must specify that the

filing is pursuant to Discovery Dispute procedures provided in this paragraph.  An Answer to the

2

Rule 37 motion, not to exceed (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

(b)    All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

(c)    Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the dispute is ready for decision.

(d)    Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

(e)    There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

6.    **Amendment of Pleadings.** All motions to amend the pleadings shall be filed on or before October 5, 2006.

7.    **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, including any summary judgment motions, shall be served and filed with an opening brief on or before May 15, 2007. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

DB02:5385490.1                                                                      064863.1001

8.    **Markman.** A Markman hearing shall be held on _____.[1] Opening

Markman briefs by all parties shall be filed on or before January 19, 2007.  Answering Markman

briefs shall be filed on or before February 7, 2007.  The Court, after reviewing the briefing, will

allocate time to the parties for the hearing.

9.    **Application by Motion.**

(a)    Any application to the Court shall be by written motion filed with the

Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules

of Civil Practice.  Any non-dispositive motion shall contain the statement required by D. Del. LR

7.1.1.  Parties may file stipulated and unopposed Orders with the Clerk of the Court for the

Court's review and signing.  The Court will not consider applications and requests submitted by

letter or in a form other than a motion.

(b)    No facsimile transmissions will be accepted.

(c)    No telephone calls shall be made to Chambers.

(d)    Any party with a true emergency matter requiring the assistance of the

Court shall e-mail chambers at: jjf_civil@ded.uscourts.gov.  The e-mail shall provide a short

statement describing the emergency.

---

[1] The parties propose that the Markman hearing be held on or about March 14, 2007.

5

10.    **Pretrial Conference and Trial.**  After reviewing the parties' proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference.  If scheduling of the trial date is deferred until the Pretrial conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

_____          _____
            DATE                                    UNITED STATES DISTRICT JUDGE

DB02:5385490.1                                                                    064863.1001