IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINEUM INTERNATIONAL LTD. and<br>INFINEUM USA L.P.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AFTON CHEMICAL CORP.,<br><br>　　　　　Defendant. | C.A. No. 05-884 (JJF) |

## [PROPOSED] AMENDED SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2 on or before March 23, 2006.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before June 5, 2006.

3. **Settlement Procedure.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement.

4. **Discovery.**

　　(a) Discovery will be needed on the following subjects: infringement, validity, enforceability, willfulness, and damages.

　　(b) All fact discovery shall be commenced in time to be completed by February 1, 2007. Document production (excluding opinions of counsel re willfulness),

1

interrogatories, and requests for admission shall be commenced in time to be completed on or before October 1, 2006. Parties may pose additional interrogatories and requests for admission in time to be completed on or before February 1, 2007 for good cause. If a party intends to rely on opinions of counsel to rebut a charge of willfulness, such opinions will be disclosed on or before December 3, 2006.

       (c)      Maximum of 50 interrogatories, including contention interrogatories, for each side.

       (d)      Maximum of 50 requests for admission by each side.

       (e)      In the absence of agreement among the parties or by order of the Court, no deposition shall be scheduled prior to the completion of document production.

       (f)      Maximum of 15 depositions by plaintiffs and 15 by defendant, including Rule 30(b)(6) depositions, but excluding expert depositions.

       (g)      With respect to depositions taken pursuant to a Rule 30(b)(6) request, each seven (7) hours of 30(b)(6) deposition testimony will constitute one deposition for purposes of paragraph (f).

       (h)      Expert discovery shall be commenced in time to be completed by May 9, 2007. Initial expert reports on issues for which the parties have the burden of proof are due March 1, 2007. Rebuttal expert reports shall be due April 16, 2007.

5.      **Discovery Disputes.**

       (a)      A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages and must specify that the filing is pursuant to Discovery Dispute procedures provided in this paragraph. An Answer to the

Rule 37 motion, not to exceed (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

  (b) All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

  (c) Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the dispute is ready for decision.

  (d) Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

  (e) There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

6. **Amendment of Pleadings.** All motions to amend the pleadings shall be filed on or before October 5, 2006.

7. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, including any summary judgment motions, shall be served and filed with an opening brief on or before May 15, 2007. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

8. **Markman.** A Markman hearing shall be held on 1/17/07 at 10:00 a.m.[1] Opening Markman briefs by all parties shall be filed on or before January 19, 2007. Answering Markman briefs shall be filed on or before February 7, 2007. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

9. **Application by Motion.**

    (a) Any application to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice. Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

    (b) No facsimile transmissions will be accepted.

    (c) No telephone calls shall be made to Chambers.

    (d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

---

[1] The parties propose that the Markman hearing be held on or about March 14, 2007.

10. **Pretrial Conference and Trial.** After reviewing the parties' proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

_7/13/06_  
DATE

_[signature]_  
UNITED STATES DISTRICT JUDGE