IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INFINEUM INTERNATIONAL LTD, :
et al., :
 :
      Plaintiffs, :
 :
v. : Civil Action No. 05-884-JJF
 :
AFTON CHEMICAL CORP., :
 :
      Defendant. :

### O R D E R

WHEREAS, on July 13, 2006, parties Proposed Amended Scheduling Order (D.I. 33) was entered;

WHEREAS, due to the amended schedule, the Pretrial Conference set for May 10, 2007 at 2:00 shall be rescheduled;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Thursday, July 12, 2007 at 2:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

July 19, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE