IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINEUM INTERNATIONAL LTD. and INFINEUM USA L.P., <br><br> Plaintiffs, <br><br> v. <br><br> AFTON CHEMICAL CORP., <br><br> Defendant. | C.A. No. 05-884 (JJF) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that copies of (1) Plaintiffs' First Set of Requests For Admission (NOS. 1-3) to Defendant Afton Chemical Corp and (2) Plaintiffs' Second Set of Interrogatories (NOS. 13-18) To Defendant Afton Chemical Corp. were caused to be served, by counsel from Kenyon & Kenyon LLP, on September 1, 2006 upon the following counsel of record in the manner indicated:

### BY E-MAIL & HAND DELIVERY

Richard L. Horwitz, Esquire
Kenneth L. Dorsney, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

### BY E-MAIL

Ford F. Farabow, Jr., Esquire
Ronald A. Bleeker, Esquire
Mark J. Feldstein, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

> 901 New York Avenue, N.W.
> Washington, DC 20001-4413
> ford.farabow@finnegan.com
> ronald.bleeker@finnegan.com
> mark.feldstein@finnegan.com
>
> Kenneth M. Frankel, Esquire
> Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
> Two Freedom Square
> 11955 Freedom Drive, Suite 800
> Reston, VA 20190
> kenneth.frankel@finnegan.com

PLEASE TAKE FURTHER NOTICE that on September 1, 2006, the undersigned electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

> Richard L. Horwitz, Esquire
> Kenneth L. Dorsney, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19801

Additionally, the undersigned further certifies that on September 1, 2006, copies of the foregoing document were caused to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

> Ford F. Farabow, Jr., Esquire
> Ronald A. Bleeker, Esquire
> Mark J. Feldstein, Esquire
> Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
> 901 New York Avenue, N.W.
> Washington, DC 20001-4413
> ford.farabow@finnegan.com
> ronald.bleeker@finnegan.com
> mark.feldstein@finnegan.com

Kenneth M. Frankel, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA 20190
kenneth.frankel@finnegan.com

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        _/s/_____
        John W. Shaw (No. 3362)
        Karen E. Keller (No. 4489)
        Monté T. Squire (No. 4764)
        YOUNG CONAWAY STARGATT &
          TAYLOR, LLP
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600
        jshaw@ycst.com
        msquire@ycst.com

        *Attorneys for Plaintiffs Infineum International Ltd. and Infineum USA L.P.*

Of Counsel:

Richard L. Delucia, Esquire
Elizabeth A. Gardner, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Dated: September 1, 2006