IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| INFINEUM INTERNATIONAL LTD. and INFINEUM USA L.P., <br><br> Plaintiffs, <br><br> v. <br><br> AFTON CHEMICAL CORP., <br><br> Defendant. | C.A. No. 05-884 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that copies of (1)

Plaintiffs' First Set of Requests for Admission (Nos. 1-3) to Defendant Afton Chemical Corp.

and (2) Plaintiffs' Second Set off Interrogatories (Nos. 13-18) to Defendant Afton Chemical

Corp. were caused to be served on September 1, 2006 upon the following counsel of record in

the manner indicated:

### BY E-MAIL & HAND DELIVERY

Richard L. Horwitz, Esquire
Kenneth L. Dorsney, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801

### BY E-MAIL

Ford F. Farabow, Jr., Esquire
Ronald A. Bleeker, Esquire
Mark J. Feldstein, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Kenneth M. Frankel, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA 20190

PLEASE TAKE FURTHER NOTICE that on September 7, 2006, the undersigned

electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court

using CM/ECF, which will send notification that such filing is available for viewing and

downloading to the following counsel or record:

Richard L. Horwitz, Esquire
Kenneth L. Dorsney, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801

Additionally, the undersigned further certifies that on September 7, 2006, copies of the

foregoing document were caused to be served by e-mail and hand delivery on the above-listed

counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

Ford F. Farabow, Jr., Esquire
Ronald A. Bleeker, Esquire
Mark J. Feldstein, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
ford.farabow@finnegan.com
ronald.bleeker@finnegan.com
mark.feldstein@finnegan.com

2

Kenneth M. Frankel, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA 20190
kenneth.frankel@finnegan.com


YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
jshaw@ycst.com
kkeller@ycst.com
msquire@ycst.com

*Attorneys for Plaintiffs Infineum International Ltd. and
Infineum USA L.P.*


Of Counsel:

Richard L. Delucia, Esquire
Elizabeth A. Gardner, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Dated:  September 7, 2006

3