IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| INFINEUM INTERNATIONAL LTD. and INFINEUM USA L.P., <br><br> Plaintiffs, <br><br> v. <br><br> AFTON CHEMICAL CORP., <br><br> Defendant. | C.A. No. 05-884 (JJF) |

## STIPULATION AND PROPOSED ORDER FOR AMENDMENT OF THE SCHEDULING ORDER

At the request of Plaintiffs, Infineum International Ltd. and Infineum USA, L.P.,

and without objection from Afton Chemical Corp., IT IS HEREBY STIPULATED AND

AGREED by and between the undersigned counsel for the parties, and subject to the approval of

the Court, that the Scheduling Order dated March 1, 2006 (D.I. 12) and Amended on July 13,

2006 (D.I. 33) shall be further amended as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Document Production (Sched. Order ¶ 4(b)) | October 1, 2006 | October 6, 2006 |

All remaining dates in the Scheduling Order (D.I. 12) as amended (D.I  33) and the

pretrial and trial management deadlines set forth in the Court's July 19, 2006 (D.I. 34) remain in

full force and effect.

DATED: September 29, 2006

| | |
|---|---|
| *Karen E. Keller* (signature) | ____/s/ Kenneth L. Dorsney_____ |
| John W. Shaw (No. 3362) | Richard L. Horwitz, Esquire (No. 2246) |
| Karen E. Keller (No. 4489) | Kenneth L. Dorsney (No. 3726) |
| YOUNG CONAWAY STARGATT & | POTTER ANDERSON & CORROON LLP |
| TAYLOR, LLP | Hercules Plaza |
| The Brandywine Building, 17th Floor | 1313 North Market Street |
| 1000 West Street | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 984-6000 |
| (302) 571-6600 | kdorsney@potteranderson.com |
| kkeller@ycst.com | |
| | |
| *Attorneys for Plaintiffs Infineum International* | *Attorneys for Defendants Afton Chemical* |
| *Ltd. and Infineum USA L.P.* | *Corp.* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge