IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INFINEUM INTERNATIONAL LTD. and<br>INFINEUM USA L.P., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>)<br>) | C. A. No. 05-884 (JJF) |
| AFTON CHEMICAL CORP., | )<br>) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned, counsel for Defendant Afton Chemical Corp. ("Afton"), hereby certifies that true and correct copies of the following documents were caused to be served on October 2, 2006, on the attorneys of record at the following addresses as indicated:

AFTON'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST
SET OF REQUESTS FOR ADMISSION (NOS. 1-3)

AFTON'S OBJECTIONS AND RESPONSES TO PLAINTIFFS'
SECOND SET OF INTERROGATORIES (NOS. 13-18)

### VIA ELECTRONIC MAIL & HAND DELIVERY

John W. Shaw
Monté T. Squire
Young, Conaway, Stargatt & Taylor
Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899
jshaw@ycst.com
msquire@ycst.com

**VIA ELECTRONIC MAIL & FEDERAL EXPRESS**

Richard L. Delucia
Elizabeth A. Gardner
Patrick Herman
Kenyon & Kenyon
One Broadway
New York, NY  10004
rdelucia@kenyon.com
egardner@kenyon.com
pherman@kenyon.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Ford F. Farabow, Jr.<br>Ronald A. Bleeker<br>Mark J. Feldstein<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC  20001-4413<br>(202) 408-4000 | By:  /s/ Kenneth L. Dorsney<br>     Richard L. Horwitz (#2246)<br>     Kenneth L. Dorsney (#3726)<br>     Hercules Plaza, 6th Floor<br>     1313 N. Market Street<br>     P. O. Box 951<br>     Wilmington, DE  19899<br>     (302) 984-6000<br>     rhorwitz@potteranderson.com<br>     kdorsney@potteranderson.com |
| Kenneth M. Frankel<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P.<br>Two Freedom Square<br>11955 Freedom Drive<br>Suite 800<br>Reston, VA 20190-5675<br>(571) 203-2700 | *Attorneys for Defendant*<br>*Afton Chemical Corp.* |

Dated:  October 2, 2006
753536 / 29965

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on October 2, 2006, the attached document was Electronically Mailed and Hand Delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

John W. Shaw
Monté T. Squire
Young, Conaway, Stargatt & Taylor
Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899
jshaw@ycst.com
msquire@ycst.com

I hereby certify that on October 2, 2006, I have Electronically Mailed and Federal Expressed the documents to the following:

Richard L. Delucia
Elizabeth A. Gardner
Patrick Herman
Kenyon & Kenyon
One Broadway
New York, NY 10004
rdelucia@kenyon.com
egardner@kenyon.com
pherman@kenyon.com

By: /s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

718549