IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINEUM INTERNATIONAL LTD. and INFINEUM USA L.P., <br><br> Plaintiffs, <br><br> v. <br><br> AFTON CHEMICAL CORP., <br><br> Defendant. | C.A. No. 05-884 (JJF) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that copies of Plaintiffs' First Supplemental Objections and Response to Afton's Interrogatory No. 6 was caused to be served on September 29, 2006, upon the following counsel of record in the manner indicated:

### BY E-MAIL and OVERNIGHT MAIL

>Richard L. Horwitz, Esquire (*rhorwitz@potteranderson.com*)
>Kenneth L. Dorsney, Esquire (*kdorsney@potteranderson.com*)
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19801

### BY E-MAIL & OVERNIGHT MAIL

>Ford F. Farabow, Jr., Esquire (*ford.farabow@finnegan.com*)
>Ronald A. Bleeker, Esquire (*ronald.bleeker@finnegan.com*)
>Mark J. Feldstein, Esquire (*mark.feldstein@finnegan.com*)
>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
>901 New York Avenue, N.W.
>Washington, DC 20001-4413

**BY E-MAIL**

      Kenneth M. Frankel, Esquire (*kenneth.frankel@finnegan.com*)
      Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
      Two Freedom Square
      11955 Freedom Drive, Suite 800
      Reston, VA 20190

    PLEASE TAKE FURTHER NOTICE that on October 3, 2006, the undersigned electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

      Richard L. Horwitz, Esquire
      *rhorwitz@potteranderson.com*
      Kenneth L. Dorsney, Esquire
      *kdorsney@potteranderson.com*
      Potter Anderson & Corroon LLP
      Hercules Plaza
      1313 North Market Street
      Wilmington, DE 19801

    Additionally, the undersigned certifies that on October 3, 2006, copies of the foregoing document were caused to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

      Ford F. Farabow, Jr., Esquire
      *ford.farabow@finnegan.com*
      Ronald A. Bleeker, Esquire
      *ronald.bleeker@finnegan.com*
      Mark J. Feldstein, Esquire
      *mark.feldstein@finnegan.com*
      Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
      901 New York Avenue, N.W.
      Washington, DC 20001-4413

Kenneth M. Frankel, Esquire
*kenneth.frankel@finnegan.com*
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA 20190

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                */s/ Karen E. Keller*
                John W. Shaw (No. 3362)
                *jshaw@ycst.com*
                Karen E. Keller (No. 4489)
                *kkeller@ycst.com*
                Monté T. Squire (No. 4764)
                *msquire@ycst.com*
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                (302) 571-6600

                *Attorneys for Plaintiffs Infineum International Ltd. and Infineum USA L.P.*

Of Counsel:

Richard L. Delucia, Esquire
Elizabeth A. Gardner, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Dated: October 3, 2006