IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINEUM INTERNATIONAL LTD. and INFINEUM USA L.P., <br><br> Plaintiffs, <br><br> v. <br><br> AFTON CHEMICAL CORP., <br><br> Defendant. | C.A. No. 05-884 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that copies of (1) Plaintiffs' Objections and Responses to Afton's Second Set of Interrogatories (Nos. 14-21); (2) Plaintiffs' Objections and Responses to Afton's Second Set of Requests for Admission (Nos. 25-42); and (3) Plaintiffs' Responses and Objections to Afton's Third Set of Requests for the Production of Documents and Things (Nos. 83-98) were caused to be served on October 2, 2006, upon the following counsel of record in the manner indicated:

### BY E-MAIL and OVERNIGHT MAIL

Richard L. Horwitz, Esquire (*rhorwitz@potteranderson.com*)
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801

Ronald A. Bleeker, Esquire (*ronald.bleeker@finnegan.com*)
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

PLEASE TAKE FURTHER NOTICE that on October 16, 2006, the undersigned electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

>   Richard L. Horwitz, Esquire
>   *rhorwitz@potteranderson.com*
>   Potter Anderson & Corroon LLP
>   Hercules Plaza
>   1313 North Market Street
>   Wilmington, DE 19801

Additionally, the undersigned certifies that on October 16, 2006, copies of the foregoing document were caused to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>   Ford F. Farabow, Jr., Esquire
>   *ford.farabow@finnegan.com*
>   Ronald A. Bleeker, Esquire
>   *ronald.bleeker@finnegan.com*
>   Mark J. Feldstein, Esquire
>   *mark.feldstein@finnegan.com*
>   Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
>   901 New York Avenue, N.W.
>   Washington, DC 20001-4413

Kenneth M. Frankel, Esquire
*kenneth.frankel@finnegan.com*
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA 20190

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ John W. Shaw*

John W. Shaw (No. 3362)
*jshaw@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
Monté T. Squire (No. 4764)
*msquire@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600

*Attorneys for Plaintiffs Infineum International Ltd. and Infineum USA L.P.*

Of Counsel:

Richard L. Delucia, Esquire
Elizabeth A. Gardner, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Dated:  October 16, 2006