IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINEUM INTERNATIONAL LTD. and INFINEUM USA L.P., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C. A. No. 05-884 (JJF) ) |
| AFTON CHEMICAL CORP., | ) ) ) |
| Defendant. | ) ) ) |

**STIPULATION AND ORDER TO EXTEND TIME**

Plaintiffs and Defendant hereby stipulate, subject to the approval of the Court, to amend Paragraph 4(b) of the Scheduling Order in this case to the extent that if a party intends to rely on opinions of counsel to rebut a charge of willfulness, such opinions will be disclosed on or before January 3, 2007. The remaining dates in the Scheduling Order remain unchanged.

By: */s/ John W. Shaw*
    John W. Shaw (#3362)
    Karen E. Keller (#4489)
    YOUNG CONAWAY STARGATT
    & TAYLOR, LLP
    The Brandywine Building, 17th Floor
    1000 West Street
    Wilmington, DE 19801
    (302) 571-6600
    *jshaw@ycst.com*
    *kkeller@ycst.com*

*Attorneys for Plaintiffs Infineum International Ltd. and Infineum USA L.P.*

By: */s/ Kenneth L. Dorsney*
    Richard L. Horwitz (#2246)
    Kenneth L. Dorsney (#3726)
    POTTER ANDERSON & CORROON LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P. O. Box 951
    Wilmington, DE 19899
    Tel: (302) 984-6000
    *rhorwitz@potteranderson.com*
    *kdorsney@potteranderson.com*

*Attorneys for Defendant Afton Chemical Corp.*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

764740 / 30234