IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINEUM INTERNATIONAL LTD. and INFINEUM USA L.P., <br><br> Plaintiffs, <br><br> v. <br><br> AFTON CHEMICAL CORP., <br><br> Defendant. | C.A. No. 05-884 (JJF) |

**STIPULATION OF DISMISSAL**

Plaintiffs, Infineum International Ltd. and Infineum USA L.P. ("Infineum"), by its counsel, and Defendant, Afton Chemical Corp. ("Afton"), by its counsel, hereby stipulate that they have reached a confidential settlement of the dispute that is the subject matter of the above-referenced action (the "Action"). Based upon such settlement, and upon the consent and approval of Infineum and Afton as indicated herein, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Action, including, without limitation, all claims and counterclaims asserted in the Action, is hereby dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys fees.

3. This Court retains jurisdiction to resolve any disputes under the terms of the confidential settlement agreement entered into between the parties.

DATED: December 20, 2006

| /s/ Karen E. Keller | /s/ Richard L. Horwitz |
|---|---|
| John W. Shaw (No. 3362) | Richard L. Horwitz, Esquire (No. 2246) |
| Karen E. Keller (No. 4489) | Kenneth L. Dorsney (No. 3726) |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | POTTER ANDERSON & CORROON LLP |
| The Brandywine Building, 17th Floor | Hercules Plaza |
| 1000 West Street | 1313 North Market Street |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| (302) 571-6600 | (302) 984-6000 |
| kkeller@ycst.com | kdorsney@potteranderson.com |
| *Attorneys for Plaintiffs Infineum International Ltd. and Infineum USA L.P.* | *Attorneys for Defendants Afton Chemical Corp.* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge