IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INFINEUM INTERNATIONAL LTD. and
INFINEUM USA L.P.,

        Plaintiffs,

v.

AFTON CHEMICAL CORP.,

        Defendant.

C.A. No. 05-884 (JJF)

## STIPULATION OF DISMISSAL

Plaintiffs, Infineum International Ltd. and Infineum USA L.P. ("Infineum"), by its counsel, and Defendant, Afton Chemical Corp. ("Afton"), by its counsel, hereby stipulate that they have reached a confidential settlement of the dispute that is the subject matter of the above-referenced action (the "Action"). Based upon such settlement, and upon the consent and approval of Infineum and Afton as indicated herein, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Action, including, without limitation, all claims and counterclaims asserted in the Action, is hereby dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys fees.

3. This Court retains jurisdiction to resolve any disputes under the terms of the confidential settlement agreement entered into between the parties.

DB02:5677530.1

064863.1001

DATED: December 20, 2006

| | |
|---|---|
| /s/ Karen Keller<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>kkeller@ycst.com<br><br>*Attorneys for Plaintiffs Infineum International Ltd. and Infineum USA L.P.* | /s/ Richard L. Horwitz<br>Richard L. Horwitz, Esquire (No. 2246)<br>Kenneth L. Dorsney (No. 3726)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>kdorsney@potteranderson.com<br><br>*Attorneys for Defendants Afton Chemical Corp.* |

SO ORDERED this ___3rd___ day of ___January___, 2007.

/s/ Joseph J. Farnan Jr.
United States District Court Judge